# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CYPALEO LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:17-cv-00005-JRG-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| BOSS AUDIO SYSTEMS, INC. | § | |
| | § | |
| Defendants. | § | |
| | § | |
| CYPALEO LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:17-cv-00007-JRG-RSP |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| METRA ELECTRONICS CORPORATION | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Cypaleo LLC's motion to dismiss with prejudice Defendant Metra Electronics Corporation pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant Metra Electronics Corporation are dismissed with prejudice.

**SIGNED this 27th day of July, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE